ALBERT I. WEINGART, Respondent, v. GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, Appellant.— Order denying defendant's motion for judgment dismissing the complaint for failure to prosecute unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

OTTO VOSS, as Administrator, etc., of HENRY VOSS, Deceased, Respondent, v. ANDREW MILES, Appellant.— Order denying defendant's motion for a bill of particulars unanimously reversed, with twenty dollars costs and disbursements, and the motion granted as to items 1, 4, 5 and 6 of the notice of motion. The bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

NORBERTO TIRADO, Respondent, v. HARRY BELLER, Appellant.— Order granting plaintiff's motion for a preference and placing cause on the reserve calendar unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

MARY ST. JOHN, as Administratrix, etc., of FRANCIS MICHAEL ST. JOHN, Deceased, Respondent, v. DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant.— Order denying defendant's motion for a further bill of particulars unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

EDITH S. LEFTIK, Respondent, v. JOSEPH A. TEPERSON, Appellant.— Order denying defendant's motion for judgment dismissing the complaint for failure to prosecute unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of FELIX ROSENBERG, Appellant, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order denying petitioner's motion for a peremptory order of mandamus unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

LOUIS KRONMAN, Respondent, v. ROSE KRONMAN, Appellant.— Order denying defendant's motion to modify order entered December 17, 1934, awarding counsel fees, by providing for the immediate payment of the deferred installments thereof, and for the payment of additional counsel fees, unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

EDWARD FELBER, Appellant, v. LAURA GRIFFITHS, Respondent, Impleaded with Another.— Order granting motion of defendant-respondent to open her default and to set aside a judgment entered against her on May 29, 1933, in favor of plaintiff; and order denying plaintiff's motion for a resettlement, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Glennon, JJ.

JULIUS LINSKY, Appellant, v. WHELAN DRUG Co., INC., and Another, Respondents.— Order denying plaintiff's motion to correct the verdict and the judgment entered herein, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.